FILED '11 MAY 13 16:29 USDC-ORE

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

NICK SHEVCHYNSKI,  10-6388-TC

Plaintiff,

v.  ORDER

KATIE, SHARON CLARK, DOREEN,
MOLLY, TOM McCELLAN, THEODORE R.
KULONGOSKI, GLENDA COX, BRAD
AVAKIAN,

Defendants.

COFFIN, Magistrate Judge:

Plaintiff, who is proceeding in forma pauperis and without counsel, filed this action against various employees of the state of Oregon in their official capacity. I previously dismissed plaintiff's complaint with leave to amend. Although plaintiff has been granted an extension of time to file an amended complaint, he has not yet done so. Instead, on May 10, 2011, he filed a motion to dismiss this action without prejudice or costs. (dkt. # 7).

///

Page 1 - ORDER

## Order

Plaintiff's motion (dkt. #7) is granted. This action is dismissed without prejudice.

DATED this 13 day of May 2011.

_____
THOMAS M. COFFIN
United States Magistrate Judge